706 A.2d 179

IN THE MATTER OF LOUIS L. PARADISO,
AN ATTORNEY AT LAW.

February 19, 1998.

### ORDER

The Disciplinary Review Board July 3, 1997, having filed with the Court its decision concluding that **LOUIS L. PARADISO** of **MONTCLAIR**, who was admitted to the bar of this State in 1987, should be disciplined for violating *RPC* 1.3 (lack of diligence) and *RPC* 1.4 (failure to communicate), and good cause appearing;

It is ORDERED that **LOUIS L. PARADISO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.